IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA MERRITT, ET AL,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN E. MCKENNEY, ET AL,<br><br>    Defendant.<br>_____/ | No. C 13-01391 JSW<br><br>**ORDER DIRECTING PROPOSED AMICUS TO RE-NOTICE MOTION FOR LEAVE TO FILE** |

On July 31, 2013, Dr. Karin Huffer filed a motion for leave to file an *amicus* brief in this case. Dr. Huffer noticed that motion for a hearing on August 30, 2013, when the Court is set to hear other motions in this case. However, under the Northern District Local Rules a party must notice a motion for hearing not less than 35 days from the date the motion was filed and served. *See* N.D. Civ. L.R. 7-2(a). Dr. Huffer's motion does not comply with Local Rule 7-2(a).

Accordingly, Dr. Huffer shall re-notice the motion for a hearing on an open and available date on this Court's law and motion calendar. **However, the briefing scheduled that has been triggered by the filing of the motion remains unchanged.** If Dr. Huffer seeks to have the motion heard on shortened time, she may file an application to that effect and explain the reasons why the motion should be heard on shortened time. *See* N.D. Civ. L.Rs. 6-1, 7-1.

**IT IS SO ORDERED.**

Dated: August 1, 2013

                                                                JEFFREY S. WHITE<br>
                                                                UNITED STATES DISTRICT JUDGE