UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA MERRITT et al<br><br>    Plaintiffs,<br><br>vs.<br><br>KEVIN MCKENNEY, ET AL,<br><br>    Defendants'. | Case No.: 13-CV-01391 ~~PSG~~ JSW<br><br>[~~PROPOSED~~] ORDER |

  Plaintiffs' application for the Court to provide disability accommodations came before the Court and the Court having considered the application finds good cause to grant the application.

  ~~IT IS ORDERED THAT the Court's Deputy shall contact Plaintiffs to provide them with the procedures for conducting phone conference in order to attend the August 30, 2013, hearings.~~

  ~~IT IS FURTHER ORDERED THAT Defendants Searle and Desmorais shall ensure that Plaintiff Pacheco Starks is given private phone communications with the Court on August 30, 2013, which also provides amplified audio so that she can hear and interact properly with the proceedings at hearing.~~ Plaintiffs and the putative amicus shall electronically file a notice with a direct landline at which they may be reached for the hearing. If the Court finds the motion suitable for disposition without oral argument, the Court shall notify the parties in advance of the hearing date.

Dated: August 21, 2013

                 _____
                 Hon. Jeffrey S. White
                 United States District Court
                 Northern District of California

*/s/ Jeffrey S. White*

[~~PROPOSED~~] ORDER