IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA MERRITT, ET AL,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN E. MCKENNEY, ET AL,<br><br>  Defendant. | No. C 13-01391 JSW<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS AND INSTRUCTIONS TO CLERK**<br><br>**(Re: Docket No. 77.)** |

On November 20, 2013, the United States Court of Appeals for the Ninth Circuit issued a Referral Notice to this Court to determine whether Plaintiffs' *in forma pauperis* status should continue on appeal. The Court concludes that the appeal is frivolous, and it REVOKES Plaintiffs' *in forma pauperis* status. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Clerk shall provide a copy of this Order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: November 27, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE